# United States District Court
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**KENNETH LANSDEN,**
**Petitioner,**

vs.

Case Number: **09-2165**

**RANDY GROUNDS, Warden,**
**Respondent.**

  **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that under 28 U.S.C. §2254 for Writ of Habeas Corpus is denied. A certificate of appealability is denied. Case is terminated.

ENTER this 16th day of September 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY: DEPUTY CLERK